```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

EDWARD THOMAS DOHERTY,
    Plaintiff,

    v.                                              CIVIL ACTION NO.
                                                   12-10125-MBB

PATRICK DONAHOE,
    Postmaster General,
    Defendant.

### FINAL JUDGMENT

### December 5, 2013

**BOWLER, U.S.M.J.**

    The issues having been duly heard and a decision rendered by this court, it is **ORDERED** and **ADJUDGED** that plaintiff Edward Thomas Doherty take nothing, that this action be dismissed on the merits, and that defendant Patrick Donahoe recover of plaintiff his costs under Fed.R.Civ.P. 54(d)(1).

                                                  /s/ Marianne B. Bowler
                                                  **MARIANNE B. BOWLER**
                                                  United States Magistrate Judge